# LAW OFFICES OF
# DAVID M. SALENTINE

_____

465 CALIFORNIA STREET
SUITE 400
TELEPHONE (415) 982-1325    SAN FRANCISCO, CALIFORNIA 94104  USA    FACSIMILE (415) 982-1923
EMAIL: salentinesfcargolaw@sbcglobal.net
EFAX:       (415) 358-4781

March 30, 2006

Honorable Charles R. Breyer
United States District Judge
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 904104

Re:  Mark Hamerdinger v. Pennisi Brothers, Inc., and F/V IRENE'S WAY
Case No. C04-05490 CRB
My Ref. 160.002

Dear Judge Breyer:

This matter is set for a bench trial before you commencing on Monday, April 10, 2006, at 8:30 a.m.  The pretrial conference is set for next Tuesday, April 4, at 2:30 p.m.  I write to request that I be allowed to attend the pretrial conference by telephone from Chicago where I must be at that time because of exigent circumstances.

I am referring counsel in litigation pending in the U.S. District Court for the Northern District of Illinois entitled *Sompo Japan Insurance, Inc., v. Nippon Cargo Airlines Co., Ltd.,* Case No. 02-C-09311.  The case is assigned to United States District Judge Joan Humphrey Lefkow and is set for trial to commence on April 5, 2006.  My local counsel for plaintiff Sompo in that litigation is Dennis Minichello, Esq., of Chicago.  Mr. Minichello was to have either tried the case as lead counsel or assisted me as lead counsel (depending on resolution of other litigations, including the matter before you).  Mr. Minichello has been struck ill from heart disease and has just last week undergone emergency quadruple bypass surgery from which he is now recovering.  As a consequence of that, I must now try the matter before District Judge Lefkow alone.  I am scheduled to travel to Chicago for that purpose on April 4, 2006, arriving there in the early afternoon Chicago time (mid-morning San Francisco time).  I can attend the pretrial conference before you by telephone from Mr. Minichello's office in Chicago if such accommodation can be made in these circumstances.

I apologize for bringing this matter to you so late.  But such were the circumstances.  I had to fly back to Chicago on an emergency basis late last week to cover for Mr. Minichello at the final pretrial conference before Judge Lefkow on Friday.  Then I returned here to go straight in to a trial before District Judge Jeffrey S. White on Tuesday.

Very truly yours,

/s/

David M. Salentine

Cc:  Ronald K. Losch, Esq.
Cc:  Michael A. Barcott, Esq.; Michael H. Williamson

IT IS SO ORDERED
Judge Charles R. Breyer

March 31, 2006