Ronald K. Losch -#98170
Losch & Ehrlich - Attorneys at Law
425 California Street, Suite 2025
San Francisco CA 94104
Telephone:    (415) 956-8400
Facsimile:     (415) 956-2150
rl@losch-ehrlich.com

Attorneys for Plaintiff
Mark Hamerdinger dba
Black Mariah Diving/Towing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK HAMERDINGER DBA BLACK MARIAH DIVING/TOWING,<br><br>Plaintiff,<br><br>v.<br><br>PENNISI BROTHERS, INC. and F/V IRENE'S WAY,<br><br>Defendants. | ) Case No. C 04-05490 CRB<br>)<br>) **(Proposed)**<br>) **ORDER re: A/V EQUIPMENT FOR**<br>) **TRIAL**<br>)<br>)<br>)<br>)<br>) Trial Date:  April 10, 2006<br>) Time:           8:30 a.m.<br>) Judge:         Hon. Charles R. Breyer |
|---|---|

   Plaintiff herein, Mark Hamerdinger, through his counsel is hereby authorized to bring into the courthouse, located at 450 Golden Gate Avenue, a video projector, screen, laptop, and associated cabling for use during trial before the Hon. Judge Charles R. Breyer on April 11 and 12, 2006

IT IS SO ORDERED:

Dated: April 10, 2006

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**1**

**Order re A/V Equipment for Trial, Case No. C 04-05490 CRB**