**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HAMERDINGER,       Plaintiff,    v. PENNISI BROTHERS, INC.,       Defendant.                             / | No. C 04-05490 CRB  **ORDER** |

Now before the Court is defendant's motion to amend the findings of fact and conclusions of law, issued orally in open court on April 13, 2006. Defendant raises four concerns: (1) whether the ruling is *in personam* or *in rem*; (2) plaintiff's proposed pre-judgment interest rate and (3) post-judgment rate; and (4) the Court's award of attorney's fees.

As to the first three concerns, plaintiff may submit any opposition to defendant's contentions by Friday, April 21, 2006, and the Court will rule thereafter. The Court will hear oral argument on the issue of attorney's fees on June 9, 2006, at 10:00 a.m. Plaintiff may submit a brief on this issue no later than May 12, 2006. Defendant may file a Reply by May 26, 2006. If necessary, plaintiff may seek leave of the Court to file a sur-reply thereafter.

//

//

1  **IT IS SO ORDERED.**

4  Dated: April 18, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California