**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK HAMERDINGER,

        Plaintiff,

   v.

PENNISI BROTHERS, INC. and F/V
IRENE'S WAY,

        Defendant.

_____/

No. C 04-05490 CRB

**ORDER**

Good cause appearing, the Court hereby GRANTS plaintiff's *ex parte* application for permission to file a sur-reply. The sur-reply shall be filed no later than Friday, June 2.

    **IT IS SO ORDERED.**

Dated: May 30, 2006

                  CHARLES R. BREYER
                  UNITED STATES DISTRICT JUDGE